IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROMAULDO CARREON, | § | |
| *Plaintiff,* | § § § | |
| V. | § | No. 3:25-CV-2777-X |
| ERIKA MCCRELL, ET AL., | § § § | |
| *Defendants.* | § § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 9). Plaintiff Romauldo Carreon filed a bare bones motion for hearing following the issuance of the Magistrate Judge's findings, conclusions, and recommendations; however, no objections were filed. (Doc. 10). The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DENIES AS MOOT** Plaintiff Romauldo Carreon's motion for hearing. (Doc. 10).

**SO ORDERED** this 4th day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE